# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRYSLER GROUP LLC,

    Plaintiff,

    v.

SOUTH HOLLAND DODGE, INC., *et al.,*

    Defendants;

Case No. 10-12984

Honorable Sean F. Cox

*Consolidated with*

LIVONIA CHRYSLER JEEP, INC.,
a Michigan for profit corporation,

    Plaintiff,

    v.

CHRYSLER GROUP, LLC, *et al.,*

    Defendants;

Case No. 10-13290

Honorable Sean F. Cox

*Consolidated with*

CHRYSLER GROUP, LLC,

    Plaintiff,

    v.

SOWELL AUTOMOTIVE, INC., *et al.,*

    Defendants.

Case No. 10-13908

Honorable Sean F. Cox

**ORDER**

Upon consideration of the United States' Request for Thirty-Day Enlargement of Time to Submit Intervention Motion and Memorandum, and there being good cause for the 30-day extension until March 28, 2011 to file the Intervention Motion and Memorandum, it is hereby:

ORDERED, that the request is GRANTED; and it is further

ORDERED, that the United States shall have until March 28, 2011 to file its Intervention Motion and Memorandum.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  January 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 28, 2011, by electronic and/or ordinary mail.

s/Jennifer Hernandez
Case Manager