UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Chrysler Group LLC,

    Plaintiff,

v.                                                                                              Case No. 10-12984

South Holland Dodge, Inc., *et al.,*                                Honorable Sean F. Cox

    Defendants;

        *Consolidated with*

Livonia Chrysler Jeep, Inc., a Michigan
for profit corporation,

    Plaintiff,

v.                                                                                              Case No. 10-13290

Chrysler Group, LLC, *et al.*,                                           Honorable Sean F. Cox

    Defendants;

        *Consolidated with*

Chrysler Group LLC,

    Plaintiff,

v.                                                                                              Case No. 10-13908

Sowell Automotive, Inc., *et al.*,                                    Honorable Sean F. Cox

    Defendants.
_____/

### ORDER DENYING
### DEFENDANT SOWELL AUTOMOTIVE, INC.'S SECOND
### MOTION TO DISMISS AND/OR TRANSFER VENUE (DOCKET ENTRY NO. 217)

Earlier in this case, on December 27, 2010, Defendant Sowell Automotive, Inc.

("Sowell"), filed a motion asking this Court to dismiss all claims against it for lack of personal jurisdiction and/or improper venue or, alternatively, to transfer venue to a district court in California. (Docket Entry No. 111).

On May 10, 2011, this Court issued a 33-page Opinion & Order that addressed Sowell's December 27, 2010 Motion to Dismiss and/or Transfer Venue, along with similar motions filed by other Defendants in this action. (Docket Entry No. 195). This Court denied Sowell's motion in its entirety and set forth its reasons for doing so in that Opinion & Order. Sowell did not seek reconsideration of the Opinion & Order.

On May 19, 2011, Chrysler Group LLC filed a Second Amended Complaint for Declaratory Relief (Docket Entry No. 197), in order to add three additional dealers as parties, pursuant to this May 10, 2011 Opinion & Order. (*See* 5/10/11 Opinion & Order at 29-32).

On June 3, 2011, Sowell filed a second motion asking this Court to dismiss all claims against it for lack of personal jurisdiction and/or improper venue or, alternatively, to transfer venue. (Docket Entry No. 217). The parties have briefed the issues and the Court finds that oral argument is unnecessary. The Court therefore orders that the motion will be decided upon the briefs.

For the reasons set forth in this Court's May 10, 2011 Opinion & Order, IT IS ORDERED that Sowell's Motion (Docket Entry No. 217) is DENIED.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: August 2, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on

3

August 2, 2011, by electronic and/or ordinary mail.

          <u>S/Jennifer Hernandez</u>
          Case Manager